■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LI PING, Appellant. [760 NYS2d 919] —Appeal from a judgment of Supreme Court, Erie County (Tills, J.), entered February 9, 2001, convicting defendant upon his plea of guilty of burglary in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Kemp*, 94 NY2d 831, 832-833 [1999]). Present—Pigott, Jr., P.J., Wisner, Scudder, Burns and Lawton, JJ.